UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
CIVIL ACTION NO. 3:23-cv-_____
*ELECTRONICALLY FILED*

YADEN'S AUTO SALES, INC., RICHARD C. YADEN,
MICHELLE YADEN, RICHARD ANDREW YADEN, &
JON ROSS YADEN                                                    PLAINTIFFS

v.                          **VERIFIED COMPLAINT**
                **FOR DECLARATORY AND INJUNCTIVE RELIEF**

KENTUCKY TRANSPORTATION CABINET,
MOTOR VEHICLE COMMISSION

> **SERVE:**      Hon. Daniel Cameron
>                 Attorney General
>                 700 Capital Avenue, Suite 118
>                 Frankfort, KY 40601

CARLOS R. CASSADY
*IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE
KENTUCKY MOTOR VEHICLE COMMISSION*

> **SERVE:**      Hon. Daniel Cameron
>                 Attorney General
>                 700 Capital Avenue, Suite 118
>                 Frankfort, KY 40601

DOUG DOTSON
*IN HIS OFFICIAL CAPACITY AS CHAIRMAN AND BOARD MEMBER OF THE
KENTUCKY MOTOR VEHICLE COMMISSION*

> **SERVE:**      Hon. Daniel Cameron
>                 Attorney General
>                 700 Capital Avenue, Suite 118
>                 Frankfort, KY 40601

CHUCK COLDIRON
*IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE
KENTUCKY MOTOR VEHICLE COMMISSION*

1

**SERVE:**     Hon. Daniel Cameron
Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601

DEL FARMER
*IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE*
*KENTUCKY MOTOR VEHICLE COMMISSION*

**SERVE:**     Hon. Daniel Cameron
Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601

RON JACKSON
*IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE*
*KENTUCKY MOTOR VEHICLE COMMISSION*

**SERVE:**     Hon. Daniel Cameron
Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601

MARK POGUE
*IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE*
*KENTUCKY MOTOR VEHICLE COMMISSION*

**SERVE:**     Hon. Daniel Cameron
Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601

RAYMOND H. COTTRELL, JR.
*IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE*
*KENTUCKY MOTOR VEHICLE COMMISSION*

**SERVE:**     Hon. Daniel Cameron
Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601

STEPHEN GATES
*IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE*
*KENTUCKY MOTOR VEHICLE COMMISSION*

2

> **SERVE:**   Hon. Daniel Cameron
> Attorney General
> 700 Capital Avenue, Suite 118
> Frankfort, KY 40601

**JOHN DAUNHAUER**
*IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE*
*KENTUCKY MOTOR VEHICLE COMMISSION*

> **SERVE:**   Hon. Daniel Cameron
> Attorney General
> 700 Capital Avenue, Suite 118
> Frankfort, KY 40601

**DENNIS ASHFORD**
*IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE*
*KENTUCKY MOTOR VEHICLE COMMISSION*

> **SERVE:**   Hon. Daniel Cameron
> Attorney General
> 700 Capital Avenue, Suite 118
> Frankfort, KY 40601

**TIM SHORT**
*IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE*
*KENTUCKY MOTOR VEHICLE COMMISSION*

> **SERVE:**   Hon. Daniel Cameron
> Attorney General
> 700 Capital Avenue, Suite 118
> Frankfort, KY 40601

&

**CLAUDE BUDDY ALLEN BERRY, IV**
*IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE*
*KENTUCKY MOTOR VEHICLE COMMISSION*                    DEFENDANTS

> **SERVE:**   Hon. Daniel Cameron
> Attorney General
> 700 Capital Avenue, Suite 118
> Frankfort, KY 40601

*********************

Comes the Plaintiffs, Yaden's Auto Sales, Inc. ("Yaden's Auto Sales"), Richard C. Yaden, Michelle Yaden, Richard Andrew Yaden ("Richard A. Yaden"), and Jon Ross Yaden ("Jon Yaden"), by and through counsel, and for their Verified Complaint for Declaratory and Injunctive Relief pursuant to United States Constitution, 42 USC § 1983, and other applicable law, against Defendants, Department of Transportation – Motor Vehicle Commission ("KYMVC"), Carlos R. Cassidy, Doug Dotson, Chuck Coldiron, Del Farmer, Ron Jackson, Mark Pogue, Raymond H. Cottrell, Jr., Stephen Gates, John Daunhauer, Dennis Ashford, Tim Short, and Claude Buddy Allen Berry, IV, to challenge the constitutionality of KRS 190.040(1)(a), KRS 190.040(1)(b), KRS 190.040(2), KRS 190.071(1)(f), KRS 190.015, and 605 KAR 1:1060, states as follows:

## PARTIES

1.      Plaintiff, Yaden's Auto Sales, Inc. is a Kentucky for profit corporation in good standing.  Its principal office is 1625 South Main Streete, London, Kentucky 40741.  Yaden's Auto Sales is a licensed used car sales company with KYMVC.

2.      Plaintiff, Richard C. Yaden is a resident of Laurel County, Kentucky.  He is President and shareholder of Yaden's Auto Sales.  He is also a licensed used car salesperson with KYMVC.

3.      Plaintiff, Michelle Yaden is a resident of Laurel County, Kentucky.  She is Secretary and shareholder of Yaden's Auto Sales.  She is also a licensed used car salesperson with KYMVC.

4.      Plaintiff, Richard A. Yaden is a resident of Laurel County, Kentucky.  He is Vice-President and shareholder of Yaden's Auto Sales.  He is also the creator of the videos that are the subject of this Complaint.  He is also a licensed used car salesperson with KYMVC.

4

5.     Plaintiff, Jon Yaden is a resident of Laurel County, Kentucky.  He is a Vice-President of Yaden's Auto Sales, Inc.  Furthermore, he is the President and owner of Road Runner Auto Sales, Inc., which was denied a user car dealership license based upon the videos that are the subject of this Complaint.  However, he is also a licensed used car salesperson with KYMVC.

6.     Defendant, KYMVC, is a state government agency located at 200 Mero Street, Frankfort, Kentucky 40601.  KYMVC is organized within the Kentucky Transportation Cabinet, which operates and administers KYMVC.  KYMVC was created pursuant to KRS 190.020, with the powers and privileges of a corporation, but not limited to, the power to be sued in its corporate name.  KYMVC is responsible for, among other things, enforcement of statutes and regulations relating to motor vehicle sales and licensing.

7.     Defendant, Carlos R. Cassidy, is the Executive Director of KYMVC.

8.     Defendant, Doug Dotson, is the Chairman of KYMVC and board member.

9.     Defendants, Chuck Coldiron, Del Farmer, Ron Jackson, Mark Pogue, Raymond H. Cottrell, Jr., Stephen Gates, John Daunhauer, Dennis Ashford, Tim Short, and Claude Buddy Allen Berry, IV, are board members of KYMVC.

10.     The individual Defendants are sued in their official capacity only.

**JURISDICTION AND VENUE**

11.     Subject matter jurisdiction over the claims and causes of action asserted by Plaintiff in this case is conferred upon this Court pursuant to 42 U.S.C. §1983, 42 U.S.C. § 1988, 28 U.S.C. §1331, 28 U.S.C. §1343, 28 U.S.C. §§ 2201 and 2202, and other applicable law.

12.     Venue in this district is proper pursuant to 28 U.S.C. §1391 and other applicable law.

13.     Venue in this division is appropriate since all deprivations of Plaintiffs' Constitutional Rights occurred in Franklin County, Defendant, Carlos R. Cassady, resides in Franklin County, all Defendants primarily work in Franklin County, and future deprivations of Plaintiffs' Constitutional Rights are threatened and likely to occur in Franklin County.

**FACTUAL BACKGROUND**

14.     Numerical paragraphs 1-13 above are incorporated herein by reference.

15.     Between March 30, 2021 and March 12, 2023, Plaintiffs created approximately 116 videos that advertised certain used cars owned by Yaden's Auto Sales.

16.     Each video was published online under Richard A. Yaden's tiktok account.

17.     The videos were intended to be funny advertisements that would bring attention to hard to sell used cars.

18.     Additionally, the videos were intended to attract customers to Yaden's Auto Sales.

19.     Some videos do contain profanity and other colorful language.

20.     However, the videos do not contain false or misleading information about the advertised vehicles as required by any applicable state regulation or statute.

21.     These videos have been very well received on tiktok.  Cumulatively, the videos have been viewed over 15 million times.

22.     Additionally, Richard A. Yaden was featured in a country music video by Brantley Gilbert featuring country music star, Toby Keith, titled "the worst country song of all time" that was based upon Richard A. Yaden and Plaintiffs' videos.

23.     On March 20, 2023, Defendant, Carlos Cassady, issued a citation against Yaden's Auto Sales and Richard A. Yaden relating to these videos. **Exhibit 1** – Citation.

24.     The citation referenced three statutes that were allegedly violated.

6

25.     The first offense alleged 116 violations of KRS 190.040(1)(a), which states that "a license may be denied, suspended, or revoked" upon "proof of financial or ***moral unfitness*** of the applicant."

26.     KRS 190.040(2) provides that KRS 190.040(1)(a) may be the basis to deny a license application.

27.     Defendants claim each video violated KRS 190.040(1)(a) because they were "unprofessional," "grossly offensive content and profan[e]," "disrespectful to the public interest and public welfare," and "harm[ful] [to] the investments and properties of the citizens of this state." Id. at Page 2.

28.     The second offense alleged 116 violations of KRS 190.071(1)(f), which states that "It shall be a violation of this section for any new motor vehicle dealer: to fail to reasonably supervise his agents, salesmen, or employees."

29.     KRS 190.071(2) states a dealer that violates any provisions under KRS 190.071 "shall be subject to suspension, fine, or revocation of his motor vehicle dealer's license."

30.     The 116 violations under KRS 190.071(1)(f) relate to licensee, Yaden's Auto Sales, allegedly failing to supervise their employee, Richard A. Yaden, when it failed to prevent him from creating and publishing the videos.

31.     Lastly, Defendants claim the same conduct alleged above constitutes 116 violations of 605 KAR 1:060, Section 1(4).

32.     However, no such regulation exists.  **Exhibit 2** – 605 KAR 1:060.

33.     The citation scheduled the matter for an evidentiary hearing on April 20, 2023 in accordance with KRS 13B.  Id. at Page 1.  Currently the matter is scheduled for an evidentiary hearing on July 13, 2023.

34.     While the above administrative citation was pending, Jon Yaden applied for a used car dealership license with KYMVC.

35.     Based upon his alleged involvement with the above videos, KYMVC denied his application pursuant to KRS 190.040(1)(a) claiming the videos were "grossly offensive," "indecent," and "vulgar gestures" that illustrated his "moral unfitness" for a used car license. **Exhibit 3** – Denial of used car license.

36.     Furthermore, KYMVC claimed the denial was also based upon Jon Yaden's failure to disclose his relationship to Yaden's Auto Sales, which constituted a "material misstatement." Id.

37.     Jon Yaden demanded a hearing of the application denial pursuant to KRS 190.040(1) on June 19, 2023, which was less than 10 days after Jon Yaden had received the denial letter.

38.     Upon information and belief, Defendants want to hear the application denial on July 13, 2023.

### COUNT I – VIOLATION OF FREE SPEECH CLAUSE OF FIRST AMENDMENT

39.     Numerical paragraphs 1-38 above are incorporated herein by reference.

40.     "Congress shall make no law . . . abridging the freedom of speech." U.S. CONST. amend. I.

41.     The First Amendment applies to Kentucky through the Fourteenth Amendment. *New York v. Sullivan,* 376 U.S. 254, 264-65 (1964).

42.     This right extends to individuals and corporations alike. *First Nat'l Bank v. Bellotti,* 435 U.S. 765, 784 (1978).

8

43.     Plaintiffs include a Kentucky for profit corporation and three United States Citizens.

44.     Content-based speech regulations that violate the First Amendment are those that "target speech based on its communicative content." *Nat'l Inst. Of Family and Life Advocates v. Becerra,* 138 S.Ct. 2361, 2371 (2018).

45.     Such laws "are presumptively unconstitutional and may be justified only if the government proves they are narrowly tailored to serve compelling state interests." *Id.*

46.     In this case, KRS 190.040(1)(a), KRS 190.040(1)(b), KRS 190.040(2), KRS 190.071(1)(f), KRS 190.015, and 605 KAR 1:1060, are content-based regulations aimed at suppressing Plaintiffs' protected speech Defendants deemed "morally unfit."

47.     They also sweep far too broadly in that a substantial number of their applications infringe upon protected speech when compared to their potential legitimate sweep, failing strict scrutiny review.

48.     Therefore, on their face, these statutes violate the First Amendment Free Speech clause.

49.     They also violate the First Amendment as applied to Plaintiffs protected speech.

50.     Therefore, KRS 190.040(1)(a), KRS 190.040(1)(b), KRS 190.040(2), KRS 190.071(1)(f), KRS 190.015, and 605 KAR 1:1060 must be invalidated as unconstitutional under the Free Speech Clause of the First Amendment, both on its face and as applied to Plaintiffs' speech.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiffs, Yaden's Auto Sales, Inc., Richard C. Yaden, Michelle Yaden, Richard Andrew Yaden, and Jon Ross Yaden, prays as follows:

A.      The Court issue a declaration that KRS 190.040(1)(a), KRS 190.040(1)(b), KRS 190.040(2), KRS 190.071(1)(f), KRS 190.015, and 605 KAR 1:1060 are unconstitutional on their face;

B.      The Court issue a declaration that KRS 190.040(1)(a), KRS 190.040(1)(b), KRS 190.040(2), KRS 190.071(1)(f), KRS 190.015, and 605 KAR 1:1060 are unconstitutional as applied to Plaintiffs' speech identified herein;

C.      The Court award an emergency restraining order requiring Defendants to hold any pending administrative proceedings in abeyance until further notice by this Court;

D.      The Court issue a preliminary and permanent injunction pursuant to 42 U.S.C. 1983 and 28 U.S.C. §§ 2201 and 2202 enjoining Defendants from enforcing KRS 190.040(1)(a), KRS 190.040(1)(b), KRS 190.040(2), KRS 190.071(1)(f), KRS 190.015, and 605 KAR 1:1060 against Plaintiffs' as applied in this matter;

E.      Plaintiffs be awarded their costs in this action, including reasonable attorney fees, under 42 U.S.C. § 1988; and,

F.      Any other relief the Court shall deem just and proper.

Respectfully submitted,

TRUE GUARNIERI AYER, LLP
124 Clinton Street
Frankfort, Kentucky 40601
Phone: 502-605-9900
Fax:    502-605-9901
Email: plawson@truelawky.com

*/s/ Philip C. Lawson*
PHILIP C. LAWSON
ATTORNEY FOR PLAINTIFFS,
YADEN AUTO SALES, INC.,
RICHARD C. YADEN,
MICHELLE YADEN, AND
JON ROSS YADEN

&

CESSNA & GEORGE LAW FIRM
818 S. Main Street
P.O. Box 3260
London, Kentucky 40743
Phone: 606-770-5400
Fax:    606-770-5401
Email: conrad@cessnageorge.com

*/s/ Conrad A. Cessna*
CONRAD A. CESSNA
ATTORNEY FOR PLAINTIFF,
RICHARD A. YADEN

11

## VERIFICATION

The undersigned state that the statements made in the above Complaint are true and accurate to the best of the undersigned's knowledge and belief on this __6__ day of __July__, 2023.

RICHARD C. YADEN
*INDIVIDUALLY AND ON BEHALF OF*
*YADEN AUTO SALES, INC.*

STATE OF KENTUCKY )
                  )
COUNTY OF __Laurel__ )

I certify that this verification was sworn to and subscribed before me by Richard C. Yaden, individually and as authorized agent of Plaintiff, Yaden Auto Sales, Inc., on this __6__ day of __July__, 2023.

NOTARY PUBLIC

MARGARET ANN SIZEMORE
NOTARY PUBLIC
STATE AT LARGE KENTUCKY
ID # KYNP41802
MY COMMISSION EXPIRES 11/10/2026

My commission expires: __11/10/26__

12

_____
MICHELLE YADEN
*INDIVIDUALLY*

STATE OF KENTUCKY )

)

COUNTY OF Laurel )

I certify that this verification was sworn to and subscribed before me by Michelle Yaden, on this _____ 6 _____ day of _____ July _____, 2023.

> **MARGARET ANN SIZEMORE**
> NOTARY PUBLIC
> STATE AT LARGE KENTUCKY
> ID # KYNP41802
> MY COMMISSION EXPIRES 11/10/2026

_____
NOTARY PUBLIC

My commission expires: 11/10/26

13

_____
RICHARD ANDREW YADEN
*INDIVIDUALLY*

STATE OF KENTUCKY              )
                              )
COUNTY OF Laurel              )

    I certify that this verification was sworn to and subscribed before me by Richard Andrew

Yaden, on this _____6TH_____ day of _____July_____, 2023.

_____
NOTARY PUBLIC

SAUNDRA J Taylor - KYNP39232
My commission expires: 11-03-25

14

JON ROSS YADEN
INDIVIDUALLY

STATE OF KENTUCKY       )

                    )

COUNTY OF Laurel      )

      I certify that this verification was sworn to and subscribed before me by Jon Ross Yaden,

on this _____ 6 _____ day of July _____, 2023.

MARGARET ANN SIZEMORE
NOTARY PUBLIC
STATE AT LARGE KENTUCKY
ID # KYNP41802
MY COMMISSION EXPIRES 11/10/2026

NOTARY PUBLIC

My commission expires: 11/10/26